**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re Theresa E. Foster

Debtor.

Case No. 11-31584
Chapter 13

**MOTION FOR HARDSHIP DISCHARGE UNDER 11 U.S.C. § 1328(b) AND DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328**

COMES NOW the debtor(s), and moves this Honorable Court for entry of a hardship discharge under U.S.C. § 1328(b) and in support of said motion certifies and states as follows:

1. The Debtor filed a chapter 13 bankruptcy on June 24, 2011, and on September 16, 2011, this Court entered an order confirming Debtor's plan.

2. That Debtor is now unable to complete payments under the confirmed Chapter 13 plan due to circumstances beyond Debtor's control and for which Debtor should not justly be held accountable. Debtor lost her job, and she had to help her daughter who was admitted to the hospital. Debtor has not been able to return to work and had a Social Security disability hearing on November 1, 2016; however she will not know the outcome of the hearing for several months.

3. The value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of Debtor had been liquidated under chapter 7. Unsecured creditors would not have received a distribution had this been a chapter 7 case. Unsecured creditors have been paid 0% on their claims in this case.

4. Modification of Debtor's plan is not practicable because Debtor is not working.

5. The Debtor(s) has completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has filed either the PFMI Certificate or Official Form 423 with this Court (or an order has entered waiving this requirement).

6. Debtor is not attempting to discharge debts owed to the following creditors: Ditech Financial (claim #3).

7. Certification concerning 11 U.S.C. § 1328(h): Debtor certifies that 11 U.S.C. § 522(q)(1) is not applicable to Debtor, and there is not pending any proceeding in which Debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

8. Debtor has not received a discharge under chapter 7, 11, or 12 in a case filed during the four year period preceding the filing of the instant case and has not received a discharge under chapter 13 in a case filed within the two year period preceding the filing of the instant case.

WHEREFORE, Debtor respectfully prays this Court will enter discharge under 11 U.S.C. § 1328(b).

By signing this motion/certification, I/we acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on each of these statements in determining whether to grant me/us a discharge in this chapter 13 case. The Court may revoke my/our discharge if the statements relied upon herein are proven to be inaccurate.

November 6, 2016

/s/ Theresa Foster

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street
P.O. Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or by mail on November 6, 2016.

Chapter 13 Trustee

Bankruptcy Administrator

All creditors

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R